UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF NORTH CAROLINA

| | |
|---|---|
| MATTHEW MCCOY, individually and on behalf of all others similarly situated, | CLASS ACTION |
| *Plaintiff*, | Case No. 1:22-cv-00583 |
| vs. | **JURY TRIAL DEMANDED** |
| TRAVEL RESORTS OF AMERICA INC., | |
| *Defendant*. | |

## NOTICE OF DISMISSAL WITHOUT PREJUDICE

Plaintiff, Matthew Mccoy, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), does hereby dismiss this action as follows:

1. All claims of the Plaintiff, Matthew Mccoy, individually, are hereby dismissed without prejudice.

2. All claims of any unnamed member of the alleged class are hereby dismissed without prejudice.

Date: September 12, 2022

Respectfully Submitted,

/s/ Jeremy R. Williams
Jeremy R. Williams
N.C. State Bar No. 48162
Jacob M. Morse
N.C. State Bar No. 52302
MILBERG COLEMAN BRYSON
PHILLIPS GROSSMAN, PLLC
900 W. Morgan Street
Raleigh, NC 27603
Telephone: (919) 600-5000
Facsimile: (919) 600-5035
jwilliams@milberg.com
jmorse@milberg.com

Andrew J. Shamis, Esq.*
SHAMIS & GENTILE, P.A.
Florida Bar No. 101754
14 NE 1st Avenue, Suite 705
Miami, Florida 33132
Telephone: 305-479-2299
ashamis@shamisgentile.com

*Counsel for Plaintiff and the Class*

### CERTIFICATE OF SERVICE

I hereby certify that on September 12, 2022, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel identified below via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner.

Respectfully submitted,

/s/ Jeremy R. Williams
Jeremy R. Williams
N.C. State Bar No. 48162
Jacob M. Morse
N.C. State Bar No. 52302
MILBERG COLEMAN BRYSON
PHILLIPS GROSSMAN, PLLC
900 W. Morgan Street
Raleigh, NC 27603
Telephone: (919) 600-5000
Facsimile: (919) 600-5035
jwilliams@milberg.com
jmorse@milberg.com

*Counsel for Plaintiff and the Class*